RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Jason Alles

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ALLES ,<br><br>Defendant. | 2:15-cr-052-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber Craig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for JASON ALLES , that the sentencing hearing scheduled for Monday, August 17, 2015 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this court but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has a suppression hearing on another case at the same time as this sentencing hearing.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1     4.    This is the first request for a continuance of the sentencing hearing filed herein.

2     DATED this 5th day of August, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ William Carrico*<br>By: _____<br>WILLIAM CARRICO,<br>Assistant Federal Public Defender | */s/ Amber Craig*<br>By: _____<br>AMBER CRAIG,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    2:15-cr-052-JAD-VCF

    Plaintiff,

vs.

JASON ALLES ,

    Defendant.

**ORDER**

    Based on the pending Stipulation of counsel, and good cause appearing,

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 17, 2015, be vacated and continued to Tuesday, September 22, 2015, at 11:00 a.m.

    DATED this 5th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

3